# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 05 2018

David J. Bradley, Clerk of Court

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Dupre Lipkins 00009435
Plaintiff's name and ID number

Fort Bend County Jail 1410 William Way
Place of Confinement   Richmond Texas
77469

(Clerk will assign the number)

v.

Fort Bend County Jail
Richmond Texas 77469
Medical Department CCS
Defendant's name and address   1410 William Way
Richmond Texas
77469

## NSTRUCTIONS - READ CAREFULLY
### NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.**

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed in forma pauperis. In this event you must complete the application to proceed in forma pauperis (IFP), setting forth information to establish your inability to prepay the fees and costs or give security therefore. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed in forma pauperis, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek in forma pauperis status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in state or federal court relating to your imprisonment? ___ YES ✓ NO
B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
1. Approximate date of filing lawsuit: __N/A__
2. Parties to previous lawsuit:
Plaintiff(s) __NA__
Defendant(s) __NA__
3. Court: (If federal, name the district; if state, name the county.) __NA__
4. Docket Number: __NA__
5. Name of judge to whom case was assigned: __NA__
6. Disposition: (Was the case dismissed, appealed, still pending?)
__NA__
7. Approximate date of disposition: __NA__

II. PLACE OF PRESENT CONFINEMENT: __Fort Bend County Jail__
__1410 William Way Richmond Texas 77469__

## III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

## IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: __Fort Bend County Jail Richmond Texas 1410 Williams Way__

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _____N A._____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _____N A_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____N A_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____N A_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____N A_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where it happened, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. **IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.**

I got to the Fort Bend County Jail on 8-4-2018 I put a sick call in 8-13-2018 Nothing was done for the pain I was having in my Left arm Then I put in sick calls 8-15-2018 and 8-16-18 & 8-18-18 & 8-20-18 They didn't know what was wrong with my arm But they put me on Ibeprofin / Aspin / steroid while taking all these medicine at one time Medical gave me shot and said it was steroid Now here it is 09-20-18 and medical havn't did anything for my arm two days after the shot a knot rose up on my neck and medical don't know what it is Now here it is 09-20-18 and I still haven't been told what is wrong with my arm are given anything for it are what the knot is on my neck I'm not getting the right treatment are any treatment at all

**VI. RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensate me monetary for my pain and suffering, take me to see a real doctor about these problems be promble I an having

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Capri

Priko.G

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.  I only can remember one 1792971

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A

2. Case Number: N/A

3. Approximate date sanctions were imposed: N/A

4. Have the sanctions been lifted or otherwise satisfied?
___YES___NO  N/A

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES ✓NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division):
N/A

2. Case Number: N/A

3. Approximate date warnings were imposed: N/A

Executed on: __21__ __09__ 20__18__
                          ( Day, Month and Year)

__Dupre Liplan__
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __21__ day of __09__, 20__18__.
           (day)                  (month)        (year)

__Dupre Liplan__
(Signature of plaintiff)

WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice. on with prejudice.

IN Regards To Step 2 Grievance

I am in the Fort Bend County Jail. They do Not carry Step 2 Grievance But I did file a grievance and ask for a written copy and the response was ) You have been provided a written response on the Kiosk. They will not give it to me on paper

This County Jail do not carry Application to Proceed IFP, But I do have a copy of my Inmate Trust Account

This is what ~~my was~~ DL the answer was from the grievance on Medical.
"It was address with the Supervisor. The above complaint will be addressed with the health Services Administrator She will look into the complaint and handle it accordingly ( There nothing been done.

~~Also when I~~ DL

Dupre Lipkins #1435
1410 Williams Way
Richmond Texas
77469

United States District Court
Southern District of Texas
David J. Bradley, Clerk
P.O. Box 61010
Houston Texas 77208

United States Courts
Southern District of Texas
FILED
OCT 05 2018
David J. Bradley, Clerk of Court

